IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| CRUISIN'CUISINE, INC., | ) |
| | ) 07 B 19288 |
| Debtor. | ) |
| | ) |
| | ) Honorable John D. Schwartz |

## ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own Motion, a status hearing will be held in the above referenced case on June 11, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. N. Neville Reid, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this case.

DATED: May 19, 2008                    ENTERED:

_____
John D. Schwartz
United States Bankruptcy Judge